1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| JOHN E. BETTYS and RICHARD G. TURAY, | |
|---|---|
| Plaintiffs, | CASE NO. 3:16-cv-05076 RJB |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| KEVIN QUIGLEY, et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record. Plaintiff Richard G. Turay, in addition to filing an objection, has also filed a complaint.

does **HEREBY ADOPTS** the Report and Recommendation and **ORDERS** the following:

(1) The claims of Plaintiff Richard G. Turay from Case No. 3:16-cv-05076 are dismissed without prejudice. Mr. Turay shall no longer be a party to this case.

ORDER - 1

1  (2) A new case with Mr. Turay's application to proceed *in forma pauperis* (Dkt. 2) and

2       Mr. Turay's complaint shall be opened.

3  **DATED** this 11th day of March, 2016.

<br>

ROBERT J. BRYAN
United States District Judge