UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN E BETTYS,

          Plaintiff,

   v.

KEVIN QUIGLEY, et al.,

          Defendants.

CASE NO. 3:16-CV-05076-RJB-JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1   The Clerk is directed to mail a copy of this Order to Plaintiff.

2   Dated this 11th day of March, 2016.

J. Richard Creatura
United States Magistrate Judge