UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E. BETTYS, | |
| Plaintiff, | CASE NO. 16-cv-5076 RJB-JRC |
| v. | ORDER GRANTING MOTION TO WITHDRAW PENDING MOTIONS |
| KEVIN QUIGLEY, et al., | |
| Defendants. | |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Before the Court is plaintiffs' motion to withdraw his Motion for Declaratory Judgment (Dkt. 51) and his Motion for Preliminary Injunction (Dkt. 52). Dkt. 60.

Because plaintiff's contention that his motions were prematurely filed is persuasive, plaintiff's motion to withdraw both of these motions is granted.

ORDER GRANTING MOTION TO WITHDRAW
PENDING MOTIONS - 1

1      Therefore, the Court grants plaintiff's motion (Dkt. 60) to withdraw his Motion for
2  Declaratory Judgment (Dkt. 51) and his Motion for Preliminary Injunction (Dkt. 52). These
3  motions (Dkts. 51, 52) will not be considered by the Court.
4      Dated this 12th day of September, 2016.

                                    /s/ J. Richard Creatura
                                    J. Richard Creatura
                                    United States Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW
PENDING MOTIONS - 2