UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN E BETTYS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN QUIGLEY, et al.,<br><br>　　　　　　Defendants. | CASE NO. 16-cv-5076 RJB-JRC<br><br>ORDER VACATING ORDER GRANTING MOTION TO APPOINT COUNSEL |

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.  Before the Court is defendant's Objection to Order Granting Plaintiff's Motion for an Appoint Counsel.  Dkt 67.

The Court has reviewed defendants' Objection to Order Granting Plaintiff's Motion to Appoint Counsel.  Dkt 67.  Because defendants did not have an opportunity to respond to Plaintiff's Motion to Appoint Counsel (Dkt. 61), the undersigned now vacates the Order Granting Plaintiff's Motion to Appoint Counsel (Dkt. 66).

1   The Court will accept for entry defendants' Proposed Response to Plaintiff's Motion for
2   an Appointed Attorney. Dkt. 67-1. The Court requests that plaintiff file a reply to defendant's
3   response no later than October 14, 2016.  The reply shall be no more than five pages in length.
4   Plaintiff may also file any documents or declarations in support of his reply.  Plaintiff's Motion
5   to Appoint Counsel (Dkt. 61) shall be re-noted for October 14, 2016.
6   Dated this 28th day of September, 2016.

J. Richard Creatura
United States Magistrate Judge