# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN E BETTYS,<br><br>              Plaintiff,<br><br>     v.<br><br>KEVIN QUIGLEY, et al.,<br><br>              Defendants. | CASE NO. 3:16-CV-05076-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 136), to which Plaintiff has not objected, and the remaining record[1], does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 136).

---

[1] The Court has also considered the recently-issued Ninth Circuit opinion, *King v. Cty. of Los Angeles*, No. 14-55320, 2018 WL 1247002, at *7 (9th Cir. Marc. 12, 2018), which is factually distinguishable from this case.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(2) Defendants' motion for summary judgment (Dkt. 117) is **granted;** plaintiff's claims are **dismissed without prejudice**. Dkt. 82.

**DATED** this 13th day of March, 2018.

_____
ROBERT J. BRYAN
United States District Judge